SheaordersPROB 12C
(7/93)

Report Date: November 29, 2011

## United States District Court

for the

### Eastern District of Washington



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 29 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Noe Vega Campos              Case Number: 2:07CR02021-005

Address of Offender: ███████████████████████████████████████████████

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 2/6/2008

Original Offense:       Possession With Intent to Distribute of a Controlled Substance, 21 U.S.C. § 841(a)(1)

Original Sentence:      Prison - 60 Months; TSR - 48         Type of Supervision: Supervised Release
                        Months

Asst. U.S. Attorney:    Jane Kirk                             Date Supervision Commenced: 9/30/2011

Defense Attorney:       Alex B. Hernandez, III                Date Supervision Expires: 9/25/2015

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: Mr. Campos was arrested on November 20, 2011, by the Yakima Police Department in Yakima, Washington, on an outstanding warrant out of Kittitas County. The warrant is for failure to pay his financial obligations on a 2004 case. Mr. Campos was not given approval to travel to Yakima, Washington. In addition, on October 14, 2011, Senior U.S. Probation Officer Jeweley Hirsch specifically advised Mr. Campos that he needed to be compliant and stable in the community for 90 days before she would approve travel to Yakima.

2 | **Special Condition #16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

Prob12C
Re: Campos, Noe Vega
November 29, 2011
Page 2

        **Supporting Evidence**: On October 24, 2011, Mr. Campos was directed to commence calling the U.S. Probation Office's Random Urinalysis Program on October 7, 2011. On October 19, 2011, and November 19, 2011, Mr. Campos failed to submit urine tests as directed.

3      **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: On October 4, 2011, Mr. Campos was directed to report to Lifeworks Northwest for substance abuse treatment. Mr. Campos failed to attend group sessions on October 26, 2011, and November 2, and 16, 2011.

4      **Standard Condition #3**: You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

        **Supporting Evidence**: On November 28, 2011, Mr. Campos was directed by his probation officer from the District of Oregon to report to the U.S. Probation Office in Yakima, Washington. He was told to arrive at the office by 2 p.m. and provide a urine sample. As of 4:30 p.m., this date, Mr. Campos had not reported to the office as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/29/2011

s/Stephen Krous

U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*
Signature of Judicial Officer

*November 29, 2011*
Date