PROB 12C
(7/93)

Report Date: December 7, 2011

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 07 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Noe Vega Campos        Case Number: 2:07CR02021-005

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 2/6/2008

| | | |
|---|---|---|
| Original Offense: | Possession With Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 60 Months; TSR - 48 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: 9/30/2011 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: 9/25/2015 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/29/2011.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On November 28, 2011, Mr. Campos was directed to report to the Yakima, Washington, U.S. Probation Office and provide a urine sample. He did not report to the office as directed, and he did not return to his address in Portland, Oregon. Therefore, Mr. Campos' whereabouts have been unknown since this date. |

Prob12C
Re: Campos, Noe Vega
December 7, 2011
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/07/2011

s/Stephen Krous

U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Other

Signature of Judicial Officer

12/7/11
Date