PROB 12C
(7/93)

Report Date: April 25, 2012

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 2 5 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Noe Vega Campos          Case Number: 2:07CR02021-005

Address of Offender: ▬▬▬▬▬▬▬▬▬▬▬ Yakima, WA ▬▬▬

Name of Sentencing Judicial Officer: The Honorable James P. Hutton, U.S. Magistrate Judge

Date of Original Sentence: 2/6/2008

| | |
|---|---|
| Original Offense: | Possession With Intent to Distribute a Controlled Substance, 21 U.S.C. § 841 (a) (1) |
| Original Sentence: | Prison - 60 months; TSR 48 months |
| Asst. U.S. Attorney: | James Goeke |
| Defense Attorney: | Alex B. Hernandez, III |

Type of Supervision: Supervised Release

Date Supervision Commenced: 3/1/2012

Date Supervision Expires: 9/25/2015

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #14**: You shall not associate with known street gang members and gang affiliates. |

**Supporting Evidence**: Noe Campos associated with a known gang member on April 20, 2012.

On April 25, 2012, the undersigned officer received a copy of an incident report from the Yakima Police Department (case number 12Y015403) which noted that on April 20, 2012, the defendant met two females while at the Southeast Community Center. The defendant allegedly befriended them and took them to a friends residence who is a documented gang member. The victim then stated the defendant began drinking and provided them with alcohol. She then advised that after feeling intoxicated she went to rest in one of the bedrooms and the defendant followed her and removed her underpants. The victim, however, was unable to remember if the defendant had sexually assaulted her. The victim provided officers with a description of the defendant and said he was wearing an ankle bracelet.

Later that same day the defendant reported for an office visit and was questioned in regard to the above incident. The defendant initially denied everything but afer a few minutes, he admitted to meeting the females, drinking alcohol, and having contact with a known gang member. The defendant denied sexually assaulting anyone.

Case 2:07-cr-02021-EFS   Document 441   Filed 04/25/12

Prob12C
Re: Campos, Noe Vega
April 25, 2012
Page 2

| | | |
|---|---|---|
| 2 | | **Special Condition # 18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Noe Campos consumed alcohol on April 20, 2012, as noted in violation number 2.

3   **Special Condition #19**: Noe Campos shall comply with GPS monitoring.

**Supporting Evidence**: Noe Campos frequented a residence on April 20, 2012, which was not approved by his supervising probation officer as noted in violation number 2.

4   **Special Condition #19**: Noe Campos shall comply with GPS monitoring.

**Supporting Evidence**: Noe Campos violated his curfew on April 24, 2012.

Mr. Campos was scheduled to be home by 9:30 p.m. on April 24, 2012, but he did not arrive until 9:44 p.m., which triggered a GPS alert. When questioned as to why he had arrived late, he related he had gone to a fast food restaurant to get something to eat.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 25, 2012

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

# THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Signature of Judicial Officer*

4/25/12
Date