PROB 12C  
(7/93)

Report Date: May 3, 2012

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Noe Vega Campos                Case Number: 2:07CR02021-005

Address of Offender: Currently - Yakima County Jail

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 2/6/2008

Original Offense:     Possession With Intent to Distribute a Controlled Substance, 21 U.S.C. § 841 (a) (1)

Original Sentence:    Prison - 60 Months; TSR - 48    Type of Supervision: Supervised Release
                      Months

Asst. U.S. Attorney:  James Goeke                    Date Supervision Commenced: 3/1/2012

Defense Attorney:     Alex B. Hernandez, III         Date Supervision Expires: 9/25/2015

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 4/25/2012.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On May 1, 2012, charges were filed against Noe Vega Campos in Yakima Municipal Court for the crime of communicating with a minor for immoral purposes (case number H00019791).<br><br>According to a supplemental incident report from the Yakima Police Department (case number 12Y015403), on April 20, 2012, the defendant met two 14-year-old females while at the Southeast Community Center who reported they were 17 years old. The defendant allegedly befriended them and took them to the residence of a friend who is a documented gang member. The victim then stated the defendant began drinking and provided them with alcohol. She then advised after feeling intoxicated, the defendant took her to a makeshift bed and removed her underpants. The victim reported the defendant then removed his clothing and attempted to have sexual intercourse with her, however, she was unable to remember if he had sexually assaulted her due to her state of intoxication. The victim provided officers with a description of the defendant and said he was wearing an ankle bracelet. |

Prob12C
Re:  Campos, Noe Vega
May 3, 2012
Page 2

According to court documents, a warrant was issued for the defendant's arrest on May 2, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | May 3, 2012 |
| | s/Jose Vargas |
| | Jose Vargas<br>U.S. Probation Officer |

THE COURT ORDERS

[  ]  No Action
[  ]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]  Other

| |
|---|
| **s/ Edward F. Shea** |
| Signature of Judicial Officer |
| **May 3, 2012** |
| Date |